UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

   v.

PRESIDENT BARACK OBAMA, et al.,

        Defendants.

Case No. 14-cv-02307-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff filed the present *pro se* prisoner action, which was opened as a civil rights action under 42 U.S.C. § 1983.  On August 18, 2014, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with the following notations: "UNABLE TO FORWARD -- RETURN TO SENDER" and "NOT IN CUSTODY."  To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

    More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address.  Accordingly, this action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

    The Clerk shall enter judgment, terminate all pending motions as moot, and close the file.

    IT IS SO ORDERED.

DATED: November 5, 2014

                                                                   _____
YVONNE GONZALEZ ROGERS
United States District Court Judge

P:\PRO-SE\YGR\CR.14\Garrison2307.311dism.docx

United States District Court
Northern District of California